IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| C&C Metal Recycling, LLC, | Case No. 8:17-cv-01823-TMC |
| Plaintiff, | |
| vs. | **CONSENT MOTION FOR REMAND** |
| Alumina, LLC and Kent Rhoads a/k/a Ken Rhoads, | |
| Defendants. | |

    Defendants Alumina, LLC and Kent Rhoads and Plaintiff C&C Metal Recycling, LLC hereby move the Court for an order remanding this action to the Greenwood County Court of Common Pleas. Defendant originally removed this action on the basis of diversity of citizenship under 28 U.S.C. § 1332 requesting that the Court ignore the citizenship of the Defendant Rhoads. After consultation with Counsel for Plaintiff, and upon further investigation, Defendants have agreed to remand this action.

    Therefore, Defendants and Plaintiff jointly request that the Court remand this action to the Greenwood County Court of Common Pleas.

Respectfully Submitted.

*s/ William M. Wilson III*
William M. Wilson III, Fed. I.D. #7611
WYCHE, P.A.
Post Office Box 728
Greenville, South Carolina 29602-0728
Email: bwilson@wyche.com
Telephone: (864) 242-8200
Facsimile: (864) 235-8900
Attorney for Plaintiff

Date: August 29, 2017

*s/ James M. Griffin*
James M. Griffin, Fed. I.D. # 1053
Margaret N. Fox, Fed. I.D. # 10576
GRIFFIN | DAVIS
1116 Blanding Street
P.O. Box 999 (29202)
Columbia, S.C. 29201
jgriffin@griffindavislaw.com
mfox@griffindavislaw.com
Attorneys for Defendants